FILED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8542 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Feliciano Sanatana FRAYLE-Lizarraga | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 13, 2008, within the Southern District of California, defendant Feliciano Santana FRAYLE-Lizarraga did knowingly and intentionally import approximately 6587.68 kilograms (14492.89 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th, DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On June 13, 2008 at approximately 1930 hours, Feliciano Santana FRAYLE-Lizarraga entered the United States at the Calexico, California, Port of Entry. FRAYLE was the driver of a 1985 Peterbilt tractor hauling a trailer. FRAYLE gave Primary Officer Velasco, a negative oral customs declaration. Officer VELASCO noted during inspection that he did not recognize FRAYLE as a commercial truck driver. Officer Velasco referred FRAYLE and the vehicle to the vehicle secondary lot. The tractor-trailer was X-Rayed and showed unusual results so it was sent to the enforcement docks. At the enforcement docks, Officer Chong requested Canine Enforcement Officer McGee sweep the vehicle with his assigned Narcotics Detector Dog. CEO McGee noted that his NDD alerted to the trailer. A subsequent inspection of the vehicle revealed 735 packages inside the trailer. Officer Chong probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 735 packages had a combined net weight of approximately 6587.68 kilograms (14492.89 pounds).

FRAYLE was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived agreeing to answer questions without the presence of a lawyer. FRAYLE said that he received the trailer in Mexicali B.C., Mexico at about 1830 hours from a coworker at the IMEX Transport yard and left immediately for the United States without inspecting the trailer or if the trailer was sealed. FRAYLE stated that he was going to deliver the trailer to R.L. Jones at 1778 Zinetta Road in Calexico, CA. FRAYLE said that if R.L. Jones was not open he would have parked the trailer on the street next to R.L. Jones building. FRAYLE said that his company would send someone out the next day to deliver the trailer to R.L. Jones to be unloaded.

Executed on June 14, 2008 (date) at 1700 (hours).

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 6-13-08 in violation of Title 21, United States Code, Section(s) 952, 960.

United States Magistrate Judge

6-14-08 @ 5:20 pm
Date/Time