AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

**APPEARANCE**

Case Number: 08mj8542

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELICIANO SANATANA FRAYLE-LIZARRAGA

I certify that I am admitted to practice in this court.

| 6/19/2008 | /s/ KASHA K. POLLREISZ |
|---|---|
| Date | Signature |

| Kasha K. Pollreisz-Federal Defenders of SD | 204148 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Case No. 08mj8542 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FELICIANO S. FRAYLE-LIZARRAGA, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated: June 19, 2008    /s/ Kasha K. Pollreisz
KASHA K. POLLREISZ
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
kasha_pollreisz@fd.org